# Notice Recipients

| | | |
|---|---|---|
| District/Off: 097−−3 | User: admin | Date Created: 5/16/2017 |
| Case: 17−00019 | Form ID: 318 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee    USTPRegion18.ak.ecf@usdoj.gov
tr    Kenneth W. Battley    kenbattley@yahoo.com
aty    Ty Alan Farnsworth    ty@injuryak.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Crystal J Such    3281 Spence Lane    Wasilla, AK 99623
smg    Municipality of Anchorage    Department of Law    P O Box 196650    Anchorage, AK 99519−6650
820408    AK COMM ON POSTSECONDA    PO BOX 110505    JUNEAU, AK 99811
820409    ALASKA USA FCU    PO BOX 196200    ANCHORAGE, AK 99519
820410    AMERICAN EXPRESS    PO BOX 297871    FORT LAUDERDALE, FL 33329
820411    BANK OF AMERICA    PO BOX 982238    EL PASO, TX 79998
820412    CAPONE    N 56 W 17000 RIDGEWOOD DR    MENOMONEE FALLS, WI 53051
820413    CAPTIAL ONE BANK USA    15000 CAPITAL ONE DR    RICHMOND, VA 23238
820415    CITI    PO BOX 6241    SIOUX, SD 57117
820414    CITI    PO BOX 78045    PHOENIX, AZ 85062
820416    CORNERSTONE CREDIT SERVICES, LLC    1835 S BRAGAW    SUITE 500    ANCHORAGE, AK 99509
820417    CREDIT CONTROL LLC    PO BOX 546    HAZELWOOD, MO 63042
820419    CREDIT ONE BANK    PO BOX 60500    CITY OF INDUSTRY, CA 91716
820418    CREDIT ONE BANK    PO BOX 98875    LAS VEGAS, NV 89193
820420    KENNETH M. WASCHE, P.C.    13060 CENTRAL AVE.    NE, SUITE 200    BLAINE, MN 55434
820421    KOHL'S    PO BOX 30510    LOS ANGELES, CA 90030
820423    LENDING CLUB CORP    71 STEVENSON ST    STE 300    SAN FRANCISCO, CA 94105
820422    LVNV FUNDING LLC    PO BOX 10497    GREENVILLE, SC 29603
820424    NATIONWIDE CREDIT, INC.    PO BOX 26314    LEHIGH VALLEY, PA 18002
820425    NAVIENT    123 S JUSTISON ST    STE 30    WILMINGTON, DE 19801
820426    NORTHLAND GROUP, INC    PO BOX 390846    MINNEAPOLIS, MN 55439
820427    TRS RECOVERY SERVICES    PO BOX 60022    CITY OF INDUSTRY, CA 91716
820428    US DEPT OF ED/GLELSI    PO BOX 7860    MADISON, WI 53707

TOTAL: 23